UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

ORANGE COUNTY (SANTA ANA) DIVISION



| | |
|---|---|
| In Re:<br><br>STEVEN OPPEGARD<br><br>C• 3461 Windspum Dr.<br>Huntington Beach, CA<br>[92649]<br><br>714.612.5199 | ) Chapter 7<br>)<br>) Case No. 8:23-BK-12371-TA<br>)<br>)<br>)<br>) DEBTORS MOTION TO<br>) TERMINATE HIS ATTORNEY FOR<br>) CAUSE, OR FOR HIS ATTORNEY<br>) TO SHOW CAUSE WHY HE<br>) SHOULD NOT BE ALLOWED TO<br>) BE TERMINATED, DECLARATION<br>) OF DEBTOR STEVEN OPPEGARD,<br>) ATTACHED SUBSTITUTION OF<br>) ATTORNEY FORM<br>)<br>)<br>)<br>)<br>)<br>) |

Debtor Steven Oppegard, hereby files this Motion for an Order without a hearing by this court to terminate his Attorney from further representation, order Debtors counsel, Stephen Burton, to sign the attached substitution of attorney in this matter, allowing Debtor to proceed pro se, or alternatively, that this court require debtors counsel of record Stephen Burton, to show cause why he should not be removed as debtors attorney of record.

In support of this motion, the Debtor files concurrently herewith a declaration of facts, concerning the reasons why Debtor insists in good faith that his current attorney must be replaced, and not for reasons to delay the proceedings, or to prejudice any of the creditors in this matter.

Executed this 19th day of January, 2024.

*Oppegard Steven, A. R.*
STEVEN OPPEGARD
Debtor Chapter 7
3461 WINDSPUN DRIVE
HUNTINGTON BEACH, CA 92649
714-612-5199

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
DANIEL GOLDSTEIN, 7190 W SUNSET BLVD., SUITE 230, LOS ANGELES, CA 9006

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 12/31/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
STEVEBURTONLAW@AOL.COM

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 01/22/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed. to the court

Stephen L. Burton
16133 Ventura Blvd
Encino, CA 91436

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/22/2024 | Steven Paul Oppegard | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                    Page 3                    F 2091-1.SUBSTITUTION.ATTY