UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

ORANGE COUNTY (SANTA ANA) DIVISION



FILED
JAN 22 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

| | |
|---|---|
| In Re:<br><br>STEVEN OPPEGARD<br><br>c o  3461 Windspun Dr<br>Huntington Bch., CA<br>[92649]<br><br>714.612.5199 | ) Chapter 7<br>)<br>) Case No. 8:23-BK-12371-TA<br>)<br>)<br>)<br>)<br>) DECLARATION OF DEBTOR<br>) STEVEN OPPEGARD IN SUPPORT<br>) OF DEBTORS MOTION TO<br>) TERMINATE HIS ATTORNEY FOR<br>) CAUSE, OR FOR HIS ATTORNEY<br>) TO SHOW CAUSE WHY HE<br>) SHOULD NOT BE ALLOWED TO<br>) BE TERMINATED.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DEBTOR STEVEN OPPEGARD

1. I STEVEN OPPEGARD am the Debtor in this chapter 7 Bankruptcy Matter filed on November 11, 2023, and I am of sound mind, and I testify truthfully to the facts stated herein under penalty of perjury in the United States Court and in the state of California.

DECLARATION OF STEVEN OPPEGARD IN SUPPORT OF DEBTORS MOTION TO TERMINATE HIS ATTORNEY FOR CAUSE, OR FOR HIS ATTORNEY TO SHOW CAUSE WHY HE SHOULD NOT BE ALLOWED TO BE TERMINATED.

PAGE 1 OF 4

2. My Attorney Steven Burton assisted me in filing all the appropriate schedules to initiate this bankruptcy filing just as he said he would but has since that time been completely unresponsive and I am unable to communicate basic concerns rated to this action.

3. My attorney failed to even notify me that I received an automatic stay of the impending foreclosure of my own personal residence, and I remained nervous and under extreme anxiety up until and since the January 18, 2024, "Trustee Sale of my home."

4. I have been receiving a duplicity of harassing mail and threats from the Quality Loan Serving company which is the party that continues to notice me despite the impending stay provisions of this bankruptcy matter.

5. On or about December 31, 2023, I contacted my attorney and asked him to sign the substitution of attorney so that I can proceed in this matter without his holding me back and he sated that "he was not allowed as a matter of law to substitute himself out of my case since it was a bankruptcy and I was pro se."

6. On or about January 16, 2024, I again contacted my attorney Burton and asked that he please just withdraw from my case citing several reasons why I did not want him as my attorney and he still refused to

DECLARATION OF STEVEN OPPEGARD IN SUPPORT OF DEBTORS MOTION TO TERMINATE HIS ATTORNEY FOR CAUSE, OR FOR HIS ATTORNEY TO SHOW CAUSE WHY HE SHOULD NOT BE ALLOWED TO BE TERMINATED.

withdraw instead telling me that *"As I have explained, case law does not permit me to just substitute out of a case and have the client sub in in proper. Judge will probably not allow it. I have previously suggested you file an OSC to do so."* Attorney Stephen Burton

7. I believe that I can manage my affairs in this bankruptcy matter without the services of my attorney and I feel that I will not cause this court to have any unnecessary delay in the expeditious resolution of this bankruptcy matter.

8. The persons at the 341 creditors meeting that I attended was the bankruptcy trustee, my attorney, and myself; and Quality Loan Service Corp was not present, and thus far has not requested an automatic stay and have not filed for relief from the stay so they at least have a remedy available at law if they choose; thus no prejudice will occur.

9. I have a constitutional right to represent myself and to petition the court for the redress of grievance and the reservation of my legal rights.

10. I feel that my current attorney is causing me irreparable harm in this bankruptcy matter because while he is representing me in this action he refuses, to follow the legal course that I have asked him to proceed, respond to me in the manner that I have requested that he

proceed, and the attorney continues to do his own thing in this case without even notifying me that anything is even being done.

11. Attached as Exhibit "1" is a Substitution of Attorney Form that I prepared and that have insisted that my attorney Stephen Burton to sign so he could be removed from this case but twice Stephen Burton Attorney at Law has flat out refused to withdraw or substitute out of my case.

*Oppegard Steven, A.R.*
STEVEN OPPEGARD
Debtor Chapter 7
3461 WINDSPUN DRIVE
HUNTINGTON BEACH, CA 92649
714-612-5199

DECLARATION OF STEVEN OPPEGARD IN SUPPORT OF DEBTORS MOTION TO TERMINATE HIS ATTORNEY FOR CAUSE, OR FOR HIS ATTORNEY TO SHOW CAUSE WHY HE SHOULD NOT BE ALLOWED TO BE TERMINATED.

PAGE 4 OF 4

# EXHIBIT "1"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Stephen L. Burton, Attorney at Law<br>16133 Ventura Blvd<br>7th Floor<br>Encino, CA 91436<br>Telephone: 818-501-5055 Fax: 818-501-5849<br>113748 CA<br>steveburtonlaw@aol.com<br><br>*Attorney for:* Debtor(s) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Steven Paul Oppegard<br><br>Debtor(s). | CASE NO.: 8:23-bk-12371-TA<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 7 |
|---|---|
| Plaintiff(s),<br>vs.<br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   STEVEN OPPEGARD / DEBTOR / PRO SE

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Steven Paul Oppegard
   361 WINDSPUN DRIVE, HUNTINGTON BEACH CA 92649

3. New attorney hereby appears in the following matters:  ☒ the bankruptcy case   ☐ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                       Page 1                                       F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:
Stephen Burton

Date: 12/31/2023

*[signature]*

Signature of party

Steven Oppegard

Printed name of party

Signature of *second* party (if applicable)

Printed name of *second* party (if applicable)

Signature of *third* party (if applicable)

Signature of *fourth* party (if applicable)

Printed name of *third* party (if applicable)

Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 12/31/2023

Signature of present attorney

STEPHEN BURTON

Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: _____

*[signature] Oppegard Steven, A.R.*

Signature of new attorney

STEVEN OPPEGARD / PRO SE / DEBTOR

Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
DANIEL GOLDSTEIN, 7190 W SUNSET BLVD., SUITE 230, LOS ANGELES, CA 9006

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _12/31/2023_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
STEVEBURTONLAW@AOL.COM

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _01-22-2024_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Stephen L. Burton, Attorney at Law
16133 Ventura Blvd. 7th Floor
Encino, CA 91436

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/22/2024 | Steven Paul Oppayark | [signature] |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 3    F 2091-1.SUBSTITUTION.ATTY