

**FILED & ENTERED**

**MAR 04 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

STEVEN PAUL OPPEGARD,

Debtor,

Case No.: 8:23-bk-12371-TA

Chapter 7

ORDER GRANTING DEBTOR'S MOTION TO TERMINATE HIS ATTORNEY FOR CAUSE, OR FOR HIS ATTORNEY TO SHOW CAUSE WHY HE SHOULD NOT BE ALLOWED TO BE TERMINATED

The court has reviewed Debtor's Motion to Terminate His Attorney for Cause, or for his Attorney to Show Cause Why He Should not be Allowed to be Terminated [DN 26] ("Motion"). The Motion is GRANTED. Debtor' counsel is ordered to sign and file a substitution of attorney.

###

Date: March 4, 2024

Theodor C. Albert
United States Bankruptcy Judge

1