JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
Nationstar Mortgage LLC as servicing agent for Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2007-2 Mortgage Pass-Through Certificates, Series 2007-2

**FILED & ENTERED**

MAR 27 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA  - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:23-bk-12371-TA |
| Steven Paul Oppegard, | Chapter 7 |
| Debtor. | **INTERIM ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 (REAL PROPERTY)** |
| | Date:   04/09/2024 |
| | Time:   10:30AM |
| | Ctrm:   5B |
| | Place:  411 West Fourth Street |
| |         Santa Ana, CA 92701-4593 |

The Motion of Nationstar Mortgage LLC as servicing agent for Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2007-2 Mortgage

Pass-Through Certificates, Series 2007-2 ("Movant") for relief from the automatic stay came for hearing by the Court on the date, time and place set forth above before the Honorable Theodor Albert. Movant, appeared by and through its Attorney of Record, McCarthy & Holthus, LLP by JaVonne M. Phillips, Esq.  All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Order affects the real property commonly known as: 3461 Windspun Drive, Huntington Beach, CA 92649.
2. Debtor must make one mortgage payment via cashier's check to be received by Movant's counsel by 5:00PM Friday, 03/08/2024.
3. If Debtor fails to make the payment as stated in Paragraph 2, Movant may lodge an Order Terminating the Automatic Stay.  The Order shall be entered without further hearing.  The automatic stay shall be immediately terminated and extinguished for all purposes as to Movant and Movant may proceed with and hold a trustee's sale of the subject property, pursuant to applicable state law, and without further Court Order or proceeding being necessary.

###

Date: March 27, 2024

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge